In the Matter of ELT HARRIMAN, LLC, Appellant, v ASSESSOR OF TOWN OF WOODBURY et al., Respondents, and BOARD OF EDUCATION OF THE MONROE-WOODBURY CENTRAL SCHOOL DISTRICT, Intervenor-Respondent.

Submitted December 28, 2015; decided February 18, 2016

Motion by the National Association of Property Tax Attorneys for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

Judge GARCIA taking no part.

FRIENDS OF THAYER LAKE LLC et al., Appellants, v PHIL BROWN et al., Respondents, et al., Defendant.

Submitted February 16, 2016; decided February 18, 2016

Motion by Adirondack Landowners Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

FRIENDS OF THAYER LAKE LLC et al., Appellants, v PHIL BROWN et al., Respondents, et al., Defendant.

Submitted February 16, 2016; decided February 18, 2016

Motion by Adirondack Mountain Club, Inc. et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

FRIENDS OF THAYER LAKE LLC et al., Appellants, v PHIL BROWN et al., Respondents, et al., Defendant.

Submitted February 16, 2016; decided February 18, 2016

Motion by Pacific Legal Foundation et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

FRIENDS OF THAYER LAKE LLC et al., Appellants, v PHIL BROWN et al., Respondents, et al., Defendant.

Submitted February 16, 2016; decided February 18, 2016

Motion by Empire State Forest Products Association for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

In the Matter of NahShon JACKSON, Appellant, v WILLIAM C. DONNINO, Respondent.

In the Matter of DEBORA JACKSON et al., Petitioners, v MICHAEL CAPRA, Respondent. NahShon JACKSON, Nonparty-Appellant.

Submitted December 14, 2015; decided February 18, 2016

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the proceedings within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

Judge GARCIA taking no part.

In the Matter of KENNETH COLE PRODUCTIONS, INC., SHAREHOLDER DERIVATIVE LITIGATION.

ERIE COUNTY EMPLOYEES RETIREMENT SYSTEM, Appellant, v MICHAEL J. BLITZER et al., Respondents.

Submitted February 16, 2016; decided February 18, 2016

Motion by Eastern New York Laborers' District Council for leave to file a brief amicus curiae on the appeal herein granted